UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GILBERT ROBLES, | ) | CASE NO. ED CV 12-158-R (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| COURT, | ) | |
| | ) | |
| Respondent. | ) | |

       Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

       IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

       DATED:   April 26, 2012.


                                    _____
                                    MANUEL L. REAL
                                    UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd